# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CONNIE STEELE, as Mother &**
**Next of Kin of Phillip T. Cameron, Deceased**        **PLAINTIFF**

**V.**        **NO. 3:06CV00159 GTE**

**GRAHAM L CROOKS, HERTZ RENTAL CAR, LLC, AND**
**HERTZ RENTAL CORPORATION**        **DEFENDANTS**

## O R D E R

The Complaint in this matter was filed on September 1, 2006. The case file does not reflect that Plaintiff has served the Defendants with process, although 120 days have passed since the filing of the Complaint. The Federal Rules of Civil Procedure require Plaintiff to serve a summons and the Complaint on Defendant within 120 days. Fed. R. C. P. 4(c)(1) and (m). The Court directs that Plaintiff shall comply with Rule 4 by the time stated herein or her Complaint will be dismissed without prejudice.

IT IS THEREFORE ORDERED that Plaintiff must make service upon the Defendants and file proof of such service by **February 2, 2007**, or this case will be dismissed without prejudice.

Dated this 19th day of January, 2007.

                 _/s/ Garnett Thomas Eisele_____
                 UNITED STATES DISTRICT JUDGE